UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DATE: 2/11/19

SHEA DOUGLAS,

                              Petitioner,

    -v-

UNITED STATES OF AMERICA,

                              Respondent.

No. 16-cv-04988 (RJS)
ORDER

UNITED STATES OF AMERICA

    -v-

SHEA DOUGLAS,

                              Defendant.

No. 12-cr-00045-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of the fact that the Second Circuit issued its mandate in *United States v. Barrett* on January 29, 2019, *see* 2d Cir. Case No. 14-2641, Doc. No. 279, IT IS HEREBY ORDERED THAT the parties shall file a joint letter proposing the next steps in this case no later than February 28, 2019.

SO ORDERED.

Dated:      February 11, 2019
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation